UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH BROWN<br>*Plaintiff*,<br><br>v.<br><br>MICHAEL LESLIE, KEITH BARNES, BEAU LIRETTE and the COMMONWEALTH OF MASSACHUSETTS,<br>*Defendants*, | Civil Action #: |

NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Beau Lirette gives Notice of Removal to this Court of an action brought against him in the Massachusetts Superior Court of Middlesex County. In support thereof, Defendant Lirette states the following:

1. Removing party is a Defendant in the above-entitled action.
2. On or about February 23, 2024, the Plaintiff commenced this action in the Middlesex Superior Court of the Commonwealth of Massachusetts. A copy of the Complaint of Civil Action No. 2481CV00534 is attached as Exhibit A.
3. On or about March 21, 2024, the Defendant Lirette received notice of the Complaint.
4. The named Defendants have yet to file any responsive pleadings in state court.
5. The above-entitled action is a civil rights action for damages to redress the alleged deprivation of the Plaintiff's constitutional rights pursuant to 43 U.S.C. § 1983, in addition to a state law claim against the Commonwealth of Massachusetts.

6. This Court has original jurisdiction in the above-entitled action pursuant to 28 U.S.C. § 1331, and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441.

7. The individual Co-Defendants, Michael Leslie and Keith Barnes, have been contacted and assent to the removal of this matter.

8. While the Commonwealth of Massachusetts has also been named in the state case, the Commonwealth is not subject to the jurisdiction of this Court for the claims asserted in the Complaint by virtue of the Eleventh Amendment to the United States Constitution. *See* Pennhurst State School and Hospital v. Halderman, 465 U.S. 89, 121 (1984). For this reason, it is not necessary to obtain the consent of the Commonwealth in this Notice of Removal, nor has the Commonwealth given its consent to removal. Hill v. City of Boston, 706 F.Supp. 966, 968 (1989).

9. This issue was addressed more recently in Santiago v. Keyes, 839 F.Supp.2d 421, (2012), wherein the Court found that the Defendant was not required to obtain the consent of the Department of State Police before removing the action to federal court. In that case, the Court stated, "Although, as Plaintiff points out, the Department of State Police did not sign the notice of removal, Keyes was not required to obtain its consent before removing the action to federal court. Santiago v. Keyes, 839 F.Supp.2d 421, 424 (2012) see Rey v. Classic Cars, 762 F.Supp. 421, 423 (1989).

10. Notice of Removal will be sent to all counsel promptly after filing this notice, and a true and accurate copy of this notice will be filed with the clerk of the Superior Court for Middlesex County, Massachusetts.

11. Pursuant to Local Rule 81.1, certified or attested copies of all records, proceedings, and docket entries in the state court will be filed in this Court within thirty (30) days.

WHEREFORE, Defendant Lirette gives notice of the removal of all claims against him from the Superior Court of Suffolk County, Massachusetts, to this Court. The claim against the Commonwealth should remain in State Court.

Respectfully submitted,
Defendant Beau Lirette,
By his Attorneys,

___/s/ Daniel J. Moynihan__________

Daniel J. Moynihan (BBO# 546346)
*moynihanlaw@verizon.net*
Mark A. Russell (BBO# 568943)
*attyrussell.moynihanlaw@gmail.com*
Law Office of Daniel J. Moynihan, PC
271 Main Street, Suite 302
Stoneham, MA 02180
P: (781) 438-8800
F: (781) 438-8300

Dated: April 3, 2024

CERTIFICATE OF SERVICE

I, Daniel J. Moynihan, hereby certify that on the 3rd of April, 2024, I served via mail and electronically via the CM/ECF system, the foregoing Notice of Removal, upon the following:

Michael J. Heineman (BBO# 556841) (Plaintiff – Keith Brown)
Heinlein, Beeler, Mingace & Heineman, PC
276 Union Ave
Framingham, MA 01702

Thomas J. Flanagan, Jr. (Defendant – Michael Leslie)
Attorney at Law
969 Main Street, Suite 201
Walpole, MA 02081
tflanaganlaw@comcast.net

Vince DeMore, Esq. (Defendant – Keith Barnes)
141 Tremont Street - 3rd Floor
Boston, MA 02111
vince.demore@henningstrategies.com

Commonwealth of Massachusetts
Office of the Attorney General Andrea Campbell
One Ashburton Place, 18th Floor
Boston, MA 02108

Signed under the pains and penalties of perjury,

/s/ Daniel J. Moynihan