| **CIVIL TRACKING ORDER** (STANDING ORDER 1- 88) | DOCKET NUMBER 2481CV00534 | **Trial Court of Massachusetts The Superior Court** |
|---|---|---|
| CASE NAME: Brown, Keith vs. Leslie, Michael et al | | Michael A. Sullivan, Clerk of Court Middlesex County |
| TO: Michael J Heineman, Esq.<br>Heinlein Beeler Mingace and Heineman<br>276 Union Ave<br>Framingham, MA 01702 | | COURT NAME & ADDRESS<br>Middlesex Superior - Lowell<br>370 Jackson Street<br>Lowell, MA 01852 |

## TRACKING ORDER - A - Average

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION** **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 05/23/2024 | |
| Response to the complaint filed (also see MRCP 12) | | 06/24/2024 | |
| All motions under MRCP 12, 19, and 20 | 06/22/2024 | 07/22/2024 | 08/21/2024 |
| All motions under MRCP 15 | 04/18/2025 | 05/19/2025 | 05/19/2025 |
| All discovery requests **and depositions** served and non-expert depositions completed | 02/12/2026 | | |
| All motions under MRCP 56 | 03/16/2026 | 04/13/2026 | |
| Final pre-trial conference held and/or firm trial date set | | | 08/11/2026 |
| Case shall be resolved and judgment shall issue by | | | 02/22/2027 |

**The final pre-trial deadline is** **not the scheduled date of the conference**. You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| **02/23/2024** | **Amanda Rowan** | **(978)453-4181** |